# Court of Appeals
# of the State of Georgia

ATLANTA,    April 08, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1250. VINCENT TRAYLOR v. THE STATE.

Vincent Traylor pled guilty to two counts of armed robbery in 2008. No direct appeal was taken from these convictions. On December 3, 2015, Traylor filed a pro se motion for discovery at the government's expense. In his motion, Traylor sought copies of all discovery, transcripts, and material documents. The trial court denied the motion, and Traylor filed this direct appeal. We, however, lack jurisdiction.

"[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996. Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8. There is nothing in the record that indicates Traylor has filed a petition for habeas corpus, or any other action attacking his conviction or sentence. Thus, Traylor was required to file an application for discretionary appeal. Because Traylor failed to follow the discretionary appeal procedure as required here, his appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____04/08/2016____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*